Joshua S. Falakassa, Esq. (SBN 251563)
**FALAKASSA LAW, P.C.**
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868
Email: josh@falakassalaw.com

**BOKHOUR LAW GROUP, P.C.**
Mehrdad Bokhour (Cal. Bar No. 285256)
*mehrdad@bokhourlaw.com*
Anwar D. Burton (Cal. Bar No. 253504)
*anwar@bokhourlaw.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 975-1215

Attorneys for Plaintiff and Putative Classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FORD, on behalf of himself and all others similarly situated, | CASE NO.: 2:22-cv-01498-JAK-KS |
| Plaintiff, | **NOTICE OF SETTLEMENT AND JOINT STIPULATION TO REMAND REMOVED ACTION** |
| v. | |
| HERAEUS PRECIOUS METALS NORTH AMERICA LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive. | |
| Defendants. | |

1
**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO REMAND REMOVED ACTION**

## JOINT STIPULATION TO REMAND REMOVED ACTION

Plaintiff Patrick Ford ("Plaintiff") and defendant Heraeus Precious Metals North America, LLC ("Defendant") (collectively, the "Parties") by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 26, 2022, Plaintiff commenced a class action complaint in the Superior Court for the State of California for the County of Los Angeles, entitled *Patrick Ford v. Heraeus Precious Metals North America, LLC*, Case No. 22STCV03063 (the "Action"), alleging wage and hour violations under California law.

WHEREAS, on March 4, 2022, Defendant removed the Action to the United States District Court, Central District of California.

WHEREAS, the Parties dispute whether Defendant's removal of the Action on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a) and under the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453 ("CAFA"), was proper and whether the Court has subject matter jurisdiction over the Action.

WHEREAS, the Parties attended a mediation session and executed a memorandum of understanding for a settlement of less than $5 million that includes the material terms of a settlement on a class-wide basis, including an agreement to remand the Action, and are in the process of preparing a long-form settlement agreement.

WHEREAS, the Parties therefore believe that, due to the agreed-upon settlement amount being less than $5 million, and it would be proper for the Action to be remanded to the Superior Court for the State of California for the County of Los Angeles for purposes of seeking settlement approval in order to preserve this Court's judicial resources.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the Action be remanded to the Superior Court for the State of California for the County

of Los Angeles, where the Action was first filed.

**SO STIPULATED:**

Dated: September 1, 2022                BOKHOUR LAW GROUP, P.C.

*/s/ Mehrdad Bokhour*

By _____
Mehrdad Bokhour
Attorney for Plaintiff

Dated: September 1, 2022                BUCHANAN INGERSOLL & ROONEY LLP

*/s/ Rachel E. King*

By _____
Rachel E. King
Attorneys for Defendant
Defendant Heraeus Precious Metals North America, LLC

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: September 1, 2022                BOKHOUR LAW GROUP, P.C.

*/s/ Mehrdad Bokhour*

By _____
Mehrdad Bokhour
Attorney for Plaintiff