# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FORD, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>HERAEUS PRECIOUS METALS NORTH AMERICA LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive.<br><br>   Defendants. | No. 2:22-cv-01498-JAK-KS<br><br>**ORDER RE NOTICE OF SETTLEMENT AND JOINT STIPULATION TO REMAND ACTION (DKT. 43)**<br><br>**JS-6** |

Based on a review of the parties' Notice of Settlement and Joint Stipulation to Remand Removed Action (the "Stipulation" (Dkt. 43)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is remanded to the Los Angeles Superior Court, as Case No. 22STCV03063, at its Spring Street Courthouse, so that the settlement between the parties can be finalized.

**IT IS SO ORDERED.**

Dated: September 6, 2022

_____
John A. Kronstadt
United States District Judge